**Order entered November 14, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00029-CV

**OIC HOLDINGS, LLC AND OREGON ICE CREAM, LLC, Appellants**

**V.**

**THOMAS GLEASON AND JULIE GLEASON, Appellees**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-05061-2015**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on November 28, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/      MOLLY FRANCIS
         PRESIDING JUSTICE